UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-14057-CR-ROSENBERG/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ALPHONSIA JOYCELYN MAXIME,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman on August 11, 2014. A Report and Recommendation was filed on September; 10, 2014 (D.E. 212) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 212) of United States Magistrate Judge Jonathan Goodman, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count one of the Superseding Indictment which charges the Defendant with conspiracy to possess with intent to distribute a controlled substance, namely five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Goodman
All Counsel Of Record